# UNTIED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| STUART ROSENBLUM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIMO BRANDS CORPORATION, DAVID HASS, C. DEAN METROPOULOS, and ROBBERT RIETBROEK,<br><br>Defendants. | Civil Case No. 3:25-cv-01902-VAB<br><br>**CLASS ACTION**<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(I) |

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Stuart Rosenblum, by their undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants. No class has been certified, no class notice has issued, and no discovery has occurred. Defendants have filed neither an answer to the complaint nor a motion for summary judgment as to these claims, and the Court has not issued any ruling on the merits. Accordingly, dismissal at this early stage will not result in legal prejudice to Defendants or the putative class.

DATED: January 7, 2026                    Respectfully submitted,

*/s/ Nathan C. Zezula*
Nathan C. Zezula
**MOTT ZEZULA LLC**
750 East Main Street, Suite 620
Stamford, CT 06902
P: (203) 408-6500
F: (203) 724-4179
nzezula@lmzlegal.com

*Local Counsel for Plaintiff*

Karin E. Fisch (admission forthcoming)
Vincent J. Pontrello (admission forthcoming)
**GRANT & EISENHOFER P.A.**
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8500
kfisch@gelaw.com
vpontrello@gelaw.com

*Counsel for Plaintiff*